## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-01623-PAB-NYW

PAUL WEGNER,

Plaintiff,

v.

DALE DAHLQUIST,
KC WOODS TRUCKING, INC.,

Defendants.

## MINUTE ORDER

Entered By Magistrate Judge Nina Y. Wang

      This civil action comes before the court on Defendant KC Woods Trucking, Inc.'s ("Defendant") Unopposed Motion for Order for Fed.R.Civ.P. 35 Physical Examination of Plaintiff, filed May 21, 2015 [#32] ("Motion"). Pursuant to the Order of Reference dated June 26, 2014 [#32], the Reassignment dated February 10, 2015 [#17], and the Memorandum dated May 21, 2015, the Motion is before this Magistrate Judge.

      IT IS ORDERED that the Motion is GRANTED. Accordingly, IT IS ORDERED that the requested examination shall go forward, at the time and place specified in Defendant's moving papers, or another time and place subject to agreement of the Parties.

DATED: May 22, 2015